UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANNY L. NEAL, ) | |
| ) | **CONSOLIDATED** |
| *Plaintiff*, ) | |
| ) | Case No. 1:23-cv-149 |
| v. ) | Lead Case |
| ) | |
| TIMOTHY J. WATSON and BURDEN ) | Judge Atchley |
| INDUSTRIES, LLC, ) | Magistrate Judge Steger |
| ) | |
| *Defendants*. ) | |

| | |
|---|---|
| BRENDA PATRICK, AUTUMN HOGUE, ) | |
| and STEVEN BARGER, as guardian and ) | |
| next best friend of Samantha Barger, ) | Case No. 1:23-cv-150 |
| ) | Member Case |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Judge Atchley |
| ) | Magistrate Judge Steger |
| BURDEN INDUSTRIES, LLC, and ) | |
| TIMOTHY WATSON, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed the claims of Steven Barger, as guardian and next friend of Samantha Barger, and having further found that entry of final judgment is appropriate as to these claims pursuant to Federal Rule of Civil Procedure 54(b),

It is **ORDERED AND ADJUDGED** that the claims of Steven Barger, as guardian and next friend of Samantha Barger, are **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT